Elizabeth A. Skane, Esq. (SBN 187752)
Tanya L. Prouty, Esq. (SBN 309650)
SKANE MILLS LLP
600 B Street, Suite 1500
San Diego, CA  92101
T: (619) 702-1635 / F: (619) 702-1645
eskane@skanemills.com / tprouty@skanemills.com

Attorneys for Defendants/Cross-Complainants, WALMART, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA OROZCO,<br><br>　　　　Plaintiff ,<br><br>v.<br><br>WALMART, INC.; and DOES 1 to 25, inclusive,<br><br>　　　　Defendants.<br><hr>WALMART, INC.,<br><br>　　　　Cross-Complainants,<br><br>v.<br><br>ROES 1 through 25, inclusive,<br><br>　　　　Cross-Defendants. | Case No.<br><br>**DEFENDANT WALMART, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DEMAND FOR JURY TRIAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Walmart, Inc. ("Defendant") hereby removes to this Court the State Court action described below:

///

1

1    1.    On December 28, 2021 Plaintiff Maria Orozco ("Plaintiff") filed this
2  action in the Superior Court of the State of California, County of Orange, as Case
3  No. 30-2021-01238215-CU-PO-NJC and subsequently served Defendant.  A true
4  and correct copy of the Summons and Complaint is attached hereto as Exhibit "A."

5    2.    Defendant filed its answer to the Complaint and a Cross-Complaint
6  against unnamed Roe Cross-Defendants on February 7, 2022.  (A true and correct
7  copy of the answer is attached hereto as Exhibit "B" and a true and correct copy of
8  the Cross-Complaint is attached hereto as Exhibit "C").

9    3.    This action is a civil action of which this Court has original
10 jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this
11 Court by Defendant pursuant to the provisions of 28 U.S.C. §1441, in that it is a
12 civil action between citizens of different states and the matter in controversy
13 exceeds the sum of $75,000, exclusive of interest and costs.

14   4.    Diversity of the parties exists as Plaintiff is a citizen of California.
15 (See Exhibit "A").

16   5.    Defendant Walmart Inc. is a Delaware corporation with its principal
17 place of business located in Bentonville, Arkansas.

18   6.    Defendant was served with Plaintiff's Statement of Damages on
19 February 22, 2022.  The Statement of Damages list over $1,098,000.00 in
20 damages.  True and correct copies of the Plaintiff's Statement of Damages are
21 attached hereto as Exhibit "D."

22   7.    No other Defendants have appeared in this action as of the filing of
23 this removal.
24 ///
25 ///
26 ///
27 ///
28 ///

DEFENDANT WALMART, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.
§1441(b); DEMAND FOR JURY TRIAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     8.     Thus, the amount in controversy in this action exceeds the $75,000 jurisdictional limit established by 28 U.S.C. §1332(a), 28 U.S.C. §1446(b)(3) and 28 U.S.C. §1446(c)(3).

DATED:  March 3, 2022         **SKANE MILLS LLP**

By: */s/ Tanya L. Prouty*

Elizabeth A. Skane, Esq
Tanya L. Prouty, Esq.
Attorneys for Defendants
WALMART, INC.

DEFENDANT WALMART, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DEMAND FOR JURY TRIAL

**DECLARATION OF TANYA L. PROUTY**

I, Tanya L. Prouty, declare that:

1.      I am an attorney at law duly licensed to practice before this Court and all of the courts of the State of California.  I am an associate at Skane Mills LLP, the attorneys for Defendant Walmart, Inc. If called upon to do so, I could and would testify to the following from my personal knowledge, except as to those matters stated on information and belief, as to which I believe them to be true.

2.      On December 28, 2021 Plaintiff Maria Orozco filed this action in the Superior Court of the State of California, County of Orange, as Case No. 30-2021-01238215-CU-PO-NJC and subsequently served Defendant.  A true and correct copy of the Summons and Complaint is attached hereto as Exhibit "A."

3.      Defendant filed its answer to the Complaint and a Cross-Complaint against unnamed Roe Cross-Defendants on February 7, 2022.  (A true and correct copy of the answer is attached hereto as Exhibit "B" and a true and correct copy of the Cross-Complaint is attached hereto as Exhibit "C").

4.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendants, pursuant to the provisions of 28 U.S.C. §1441, in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5.      Diversity of the parties exists as Plaintiff is a citizen of California. (See Exhibit "A").

6.      Defendant Walmart Inc. is a Delaware corporation with its principal place of business located in Bentonville, Arkansas.

7.      Defendant was served with Plaintiff's Statement of Damages on February 22, 2022.  The Statement of Damages list over $1,098,000.00 in damages.  True and correct copies of the Plaintiff's Statement of Damages are attached hereto as Exhibit "D."

DEFENDANT WALMART, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b); DEMAND FOR JURY TRIAL

1      8.      No other Defendants have appeared in this action as of the filing of

2   this removal.

3      9.      Thus, the amount in controversy in this action exceeds the $75,000

4   jurisdictional limit established by 28 U.S.C. §1332(a), 28 U.S.C. §1446(b)(3) and

5   28 U.S.C. §1446(c)(3).

6      I declare under penalty of perjury under the laws of the United States of

7   America that the foregoing is true and correct and that this declaration was

8   executed at San Diego, California on March 3, 2022.

9

10                                                          */s/ Tanya L. Prouty*

11                                          Tanya L. Prouty, Declarant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT WALMART, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.
§1441(b); DEMAND FOR JURY TRIAL

1

**DEMAND FOR JURY TRIAL**

2
Defendant Walmart, Inc. hereby demands trial of this matter by jury.

3

4
DATED:  March 3, 2022                    **SKANE MILLS LLP**

5

6
By:  */s/ Tanya L. Prouty*
Elizabeth Skane, Esq.

7
Tanya L. Prouty, Esq.
Attorneys for Defendants

8
Walmart, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

DEFENDANT WALMART, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.
§1441(b); DEMAND FOR JURY TRIAL